UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                              CASE NO: 2:15-cr-149-FtM-38MRM

NORRIS WILLIAMS

### **ORDER**[1]

This matter comes before the Court on Defendant Norris Williams' Motion for Authorization to Obtain Defendant's Presentence Investigation Report from the United States Probation Office filed on February 24, 2016.  (Doc. #34).  On October 28, 2015, a federal grand jury returned a four-count Indictment against Defendant for heroin possession.  (Doc. #12).  This case is currently set for the March 2016 trial term, and today is the change of plea deadline.  (Doc. #33).

Having been previously convicted of a federal crime in this Court, *see United States v. Williams*, No. 2:00-cr-37-JES-1, Defendant now requests that this Court order the United States Probation Office to provide him with the Presentence Investigation Report ("PSR") from that earlier case.  (Doc. #34 at ¶ 2).  As support, Defendant avers that his attorney must review the PSR "in order to provide effective representation pursuant to the Sixth Amendment of the United States Constitution."  (Doc. #34 at ¶ 3). This blanket Sixth Amendment assertion is plainly insufficient.  Consequently, the Court

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

denies without prejudice Defendant's motion, but it will allow him to refile a motion that properly advises the Court as to the (1) *specific* reasons why Defendant needs the PSR; and (2) *specific* portions of the PSR that Defendant wants.

Accordingly, it is now

**ORDERED:**

(1) Defendant Norris Williams' Motion for Authorization to Obtain Defendant's Presentence Investigation Report from the United States Probation Office (Doc. #34) is **DENIED without prejudice**.

(2) Defendant may refile a motion requesting the Presentence Investigation Report from *United States v. Williams*, No. 2:00-cr-37-JES-1 on or before **March 7, 2016**. If the motion is opposed, the Government shall file a response on or before **March 10, 2016**.

**DONE AND ORDERED** at Fort Myers, Florida, this 2nd day of March, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record