UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

v.                                                         CASE NO. 2:15-cr-149-FtM-38MRM

NORRIS WILLIAMS

**BILL OF PARTICULARS**
(Forfeiture)

The United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that approximately $49,950.00[1] is subject to forfeiture on the basis of the allegations set forth in the "Forfeiture" section of the Indictment filed in the above-styled criminal case.

          Respectfully Submitted,

          A. LEE BENTLEY, III
          United States Attorney

By:    *s/Michael C. Baggé-Hernández*
       Michael C. Baggé-Hernández
       Assistant United States Attorney
       Florida Bar Number 0051923
       2110 First Street, Suite 3-137
       Fort Myers, Florida  33901
       Telephone: (239) 461-2200
       Facsimile: (239) 461-2219
       E-Mail: MBagge@usa.doj.gov

---

[1] After the Drug Enforcement Administration seized the currency, it was discovered a counterfeit bill within the seized currency.  Therefore, the actual amount to be forfeited is $49,950.00 in U.S. currency.

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/Michael C. Baggé-Hernández*
Michael C. Baggé-Hernández
Assistant United States Attorney
