UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.   CASE NO: 2:15-cr-149-FtM-38MRM

NORRIS WILLIAMS
_____/

**<u>ORDER</u>**[1]

This matter comes before the Court on Defendant Norris Williams' Amended Motion to Authorization to Obtain Defendant's Presentence Investigation Report from the United States Probation Office (Doc. #39) filed on March 4, 2016.  Last week, Defendant moved this Court to order the United States Probation Office to provide him with the Presentence Investigation Report ("PSR") from an earlier federal case in which he was convicted, *see United States v. Williams*, No. 2:00-cr-37-JES-1.  (Doc. #34).  The Court denied that motion but allowed Defendant to refile another motion that stated the specific reasons for why he needed the PSR and the specific portions of the PSR that he wanted. (Doc. #35).

In accordance with the Court's order, Defendant filed the instant motion. Defendant's counsel advises that, without reviewing the PSR, he will be unable to represent Defendant in negotiating a plea and in drafting objections to a presentence investigation report for this case.  Based on the Court's review of the pertinent case files,

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

and given that Defendant has now articulated specific and sound reasons for needing the previous PSR, the Court will grant his motion.

Accordingly, it is now

**ORDERED:**

(1) Defendant Norris Williams' Amended Motion to Authorization to Obtain Defendant's Presentence Investigation Report from the United States Probation Office (Doc. #39) is **GRANTED**.

(2) The United States Probation Office shall allow Defendant to have a copy of his Presentence Investigation Report in *United States v. Williams*, No. 2:00-cr-37-JES-1.

**DONE AND ORDERED** at Fort Myers, Florida, this 7th day of March, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record