UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 2:15-cr-149-FtM-38MRM

NORRIS WILLIAMS,                    \_\_\_\_\_ Evidentiary
                                                   **X** Trial
        Defendant.                 \_\_\_\_\_ Other

| | **WITNESS LIST** | |
|---|---|---|
| | **X** Government _____ Defendant | |
| | <u>**Name**</u> | <u>**Date(s) Testified**</u><br>*(Court only)* |
| 1.. | **Detective Samuel Gonzalez, LCSO** | |
| 2. | **Senior Forensic Chemist Carlos J. Diaz** | |
| 3. | **Senior Forensic Chemist Deepa Vanmali** | |
| 4. | **Senior Forensic Chemist Alexandra Gongora** | |
| 5. | **TFA Victor Chica** | |
| 6. | **Special Agent Mark Strang, DEA** | |
| 7. | **Senior Forensic Chemist Theresa Beyerle Browning** | |
| 8. | **Steve Duquette, Special Agent, DEA** | |
| 9. | **Courtney Allen** | |