UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                             Case No. 2:15-cr-149-FtM-38MRM

NORRIS WILLIAMS,                      \_\_\_\_\_ Evidentiary
                                      __X__ Trial
        Defendant.          \_\_\_\_\_ Other

|  | **AMENDED WITNESS LIST** | |
|---|---|---|
|  | __X__ Government  _____ Defendant | |
|  | **Name** | **Date(s) Testified** (*Court only*) |
| 1.. | **Detective Samuel Gonzalez, LCSO** | |
| 2. | **Senior Forensic Chemist Carlos J. Diaz** | |
| 3. | **Senior Forensic Chemist Deepa Vanmali** | |
| 4. | **Senior Forensic Chemist Alexandra Gongora** | |
| 5. | **TFA Victor Chica** | |
| 6. | **Special Agent Mark Strang, DEA** | |
| 7. | **Senior Forensic Chemist Theresa Beyerle Browning** | |
| 8. | **Steve Duquette, Special Agent, DEA** | |
| 9. | **Courtney Allen** | |

| 10. | **Adam Heinlein, Task Force Agent, DEA** | |
| 11. | **Candice Petaccio, Task Force Agent, DEA** | |