Honorable
Judge Sheri Polster Chappell
RE- Norris Williams - 2:15-cr-00149-SPC-MRM-1

I am writing to ask the court for mercy on behalf of a man I've seen bend over backwards to help any and everybody. The needy, the elderly, the hungry. One would think that blessings would just pour down on him. Instead I've watched him lose everything he's ever worked for. His family home was lost to foreclosure, leaving his once unbreakable family bond to be scattered and his mother relocating to Alabama. Apparently the odds were already against him at a time when I was trying to be an influential person in his life. We were working on his credit, consolidating some debts. I piggybacked him on my credit cards. This is a man that does have a lot of potential. He's an awesome

cook, and as a random act of kindness, he use to cook tons of food and take it to the halfway house to feed people that he knew hadn't had the luxery of eating this type of food in a while. With them now being this close to home he could make that possible for them. Also he has an eye for interior decorating. He can take anything that you have in your house a rearrange it put some pictures up. Amazingly no matter how cheap or expensive what you have is. He can accentuate it and have you feeling like you're in Robb-N-Stucky. He's also a neat freak. He cleans everything, does laundry, cleans baseboards will dust everything all the way down to the trinkets. Also in all of his years. He never knew that he was a dog lover. That's because it took my 4 year old, light-

brown short and stocky Pit Bull Toddler to come along and steal his heart. That could be because my dog has absolutely no inclination whatsoever that he's an actual dog. :) and we're never going to tell him. However Norris who previously had no affiliation no connection to any dog. Soon became my standing dog sitter, and my poop patroller at heart. Again I am only asking for leniency. This is a guy who is in no way perfect, but he is regular. I believe in justice so I'm not asking you not to punish him. I'm asking you not to punish us.

Sincerely,
Yolonda Foster
\* Norris Williams
Case # 2:15-cr-00149-SPC-MRM-1

Yolonda Foster - information

Yolonda Foster
413 Lenora Ave S
Lehigh Acres, FL 33974
239-265-1200
Email- Jaydoug9802@gmail.com