UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 2:15-cr-149-FtM-38MRM

NORRIS WILLIAMS

### **ORDER**[1]

Before the Court is Defendant Norris Williams' Pro Se Motion for Copies of Court File Documents. (Doc. 120). Williams moves for copies of his jury instructions and trial and sentencing transcripts without having to pay the fees because of his indigent status. According to Williams, he needs the documents for "appellate purposes" and cannot obtain them for his Court-appointed attorney.

Williams is serving 240 months' imprisonment for heroin possession and distribution. (Doc. 108). He appealed unsuccessfully his convictions and sentences. (Doc. 119; Doc. 121). And Williams has not filed any habeas petition under 28 U.S.C. § 2255. Although the Court does not question that Williams is likely indigent, there are no pending proceeding to which the transcripts are relevant. And it is well settled that "[i]ndigent federal prisoners are not entitled to copies of transcripts at the government expense for the purpose of preparing a collateral attack on a conviction." *United States v. Adamson*, 681 F. App'x 824, 827 (11th Cir. 2017) (citing *United States v. Herrera*, 474

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

F.2d 1049, 1049 (5th Cir. 1973); *Skinner v. United States*, 434 F.2d 1036, 1037 (5th Cir. 1970) (footnote omitted)). Because Williams has no matter pending, "he 'is not entitled to obtain copies of court records at the government's expense to search for possible defects merely because he is an indigent.'" *Id.* (citing *Herrera*, 474 F.2d at 1049); *see also* 28 U.S.C. § 753(f). The Court thus denies Williams' motion.[2]

Accordingly, it is now

**ORDERED:**

Defendant Norris Williams' Pro Se Motion for Copies of Court File Documents (Doc. 120) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this March 13, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

---

[2] The Court reminds Williams that he is still represented by counsel, and thus any communications with the Court must be through his attorney until the attorney withdraws from representation.