UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS, DIVISION

UNITED STATES OF AMERICA §
§
v. § Case No. 2:15-cr-149-FTM-38MRM
§
Norris Williams §

## MOTION FOR APPEAL

Comes now Norris Williams, who files this motion Pro Se, requesting that it be construed liberally per Haines v. Kerner, 404 U.S. 519 (1972). Pursuant to Federal Rules of Appeallette Procedure 28 U.S.C. 1291, Mr. Williams requests to file an appeal

## CERTIFICATE OF SERVICE

I Norris Williams certify that a true and corect copy has been sent to Charles Schmidtz AUSA at:

2100 First St. 3-137

Ft. Myers, FL 33901

on this the 7 day of September, 2018.

Respectfuly submitted,

*Norris Williams*

Norris Williams Reg # 33221-018

FCC Coleman - Medium

P.O. Box 1032

Coleman, FL 33521