UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 2:15-cr-149-FtM-38MRM

NORRIS WILLIAMS
_____

# ORDER[1]

Before the Court is the Motion to Withdraw Defendant Norris Williams' Motion to Set Aside Forfeiture (Doc. 137) filed by Robert Harris, Esq. (Doc. 139). Williams is serving 360 months' imprisonment for heroin offenses. (Doc. 108). He lost his direct appeal (Doc. 135) but has moved to vacate his sentence under 28 U.S.C. § 2255 (Doc. 134). Harris represents Williams only for the § 2255 motion—he has never represented Williams in this criminal case.

Harris explains that Williams drafted the motion to set aside forfeiture (Doc. 137) and asked him to file it as a *pro se* motion. Harris' office filed the motion but did so under Harris' electronic signature and the wrong case number. Harris' office refiled the motion under the right case number but under Harris' electronic signature. Having learned that the motion is been deemed to be filed by him, Harris now moves to withdraw the motion because there is "no good faith basis to file" it. (Doc. 139). The Court agrees.

Accordingly, it is

**ORDERED:**

(1) The Motion to Withdraw (Doc. 139) is **GRANTED.**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

(2) The Motion to Set Aside Forfeiture (Doc. 137) is **WITHDRAWN**.

(3) The Clerk is **DIRECTED** to terminate the Motion to Set Aside Forfeiture (Doc. 137) as pending.

**DONE AND ORDERED** in Fort Myers, Florida on this 21st day of February 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record
　　　　Defendant Norris Williams